UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SCOTT JOHNSON,<br><br>    Plaintiff,<br><br>v.<br><br>CHARLES FRANK PERROTTA, et al.,<br><br>    Defendants. | Case No.18-cv-05645-VKD<br><br>**ORDER TO SHOW CAUSE RE SETTLEMENT** |

    The Court having been informed that the parties have settled the dispute between them, all previously scheduled deadlines and appearances are VACATED.

    On or before **May 31, 2019**, the parties shall file a stipulated dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(ii). Rule 41(a)(1) permits a plaintiff to voluntarily dismiss a case without a court order (i) by notice if the defendant has not filed an answer or motion for summary judgment, or (ii) by stipulation signed by all parties who have appeared. Because defendants have filed an answer, the parties must file a stipulated dismissal pursuant to Rule 41(a)(1)(ii).

    If a dismissal is not filed by the specified date, then the parties shall appear in Courtroom 2, Fifth Floor, 280 South First Street, California on **June 11, 2019, 10:00 a.m.** and show cause, if any, why the case should not be dismissed pursuant to Fed. R. Civ. P. 41(a). Additionally, the parties shall file a statement in response to this Order to Show Cause no later than **June 4, 2019** advising as to (1) the status of their activities in finalizing settlement; and (2) how much additional time, if any, is requested to finalize the settlement and file the dismissal. If a dismissal is filed as ordered, the Order to Show Cause hearing will be automatically vacated and the parties need not file a statement in response to this Order.

**IT IS SO ORDERED.**

Dated: April 16, 2019

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge